GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 3:20-CR-00042-001 (CAR) |
| **RICKY COLLINS** | |

On May 6, 2021, the above-named defendant was sentenced to 57 months imprisonment and 3 years of supervised release for the offense of Possession with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). On April 19, 2024, the defendant commenced his term of supervised release in the Middle District of Georgia. On May 14, 2025, the defendant submitted an Ex Parte motion requesting early termination of his term of supervised release.

The defendant has remained in compliance with all Court-ordered conditions during his term of supervised release. Collins has maintained a stable residence, is gainfully employed, and maintains sobriety. The defendant has met criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the Courts of the United States Courts and is no longer in need of supervision. The United States Attorney's Office has been consulted and has no objections.

**IT IS HEREBY ORDERED** that they defendant's term of supervised release be terminated for good and sufficient cause shown to the Court.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __Jun__, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE